Tampa Water Works Company, Appellant, vs. George W. Cline, Appellee.

Appeal from Circuit Court, Hillsborough county; William A. Hocker, Judge.

Sparkman & Sparkman, for Appellant.

W. A. Carter, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed because the abstract of record contains no assignments of errors.